# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Andover, Lowell  **Category No.** II  **Investigating Agency** DEA

**City** Andover, Lowell
**County** Essex, Middlesex

**Related Case Information:**
Superseding Ind./Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-6312, 6313, 6357, 6400, 6401-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

## Defendant Information:
**Defendant Name:** Christian Raphael Paredes  Juvenile: ☐ Yes ☒ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
**Alias Name:** Christian Sanchez
**Address:** 56 Fourth Avenue, Unit 1, Lowell, MA
**Birth date (Yr only):** 1997  **SSN (last 4#):** 5035  **Sex:** M  **Race:** white  **Nationality:** United States

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** Annapurna Balakrishna  **Bar Number if applicable:** MA 655051

**Interpreter:** ☐ Yes  ☒ No  **List language and/or dialect:** _____

**Victims:** ☐ Yes ☒ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 6/25/2024  **Signature of AUSA:** ANNAPURNA BALAKRISHNA
Digitally signed by ANNAPURNA BALAKRISHNA
Date: 2024.06.25 15:10:51 -04'00'

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Christian Raphael Paredes

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Andover, Lowell    **Category No.** II    **Investigating Agency** DEA

**City** Andover, Lowell

**County** Essex, Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: 24-6312, 6313, 6357, 6400, 6401-MPK
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**

Defendant Name: Juan Riquerbin Garcia Rivera    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: Juan Garcia Rivera

Address: 56 Fourth Avenue, Unit 1, Lowell, MA

Birth date (Yr only): 1981   SSN (last 4#): ____   Sex: M   Race: Hispanic   Nationality: Dominican Republic, Spain

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Annapurna Balakrishna    Bar Number if applicable: MA 655051

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes ☒ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** ICE custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/25/2024    Signature of AUSA: ANNAPURNA BALAKRISHNA

Digitally signed by ANNAPURNA BALAKRISHNA
Date: 2024.06.25 15:08:04 -04'00'

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Riquerbin Garcia Rivera

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances | 2 |
| Set 3 | 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 3 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | 8 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) | Firearm Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**